*[handwritten: 21-566 / Let this be filed / Royce C. Lamberth / U.S.D.J. 9/9/24 / (Pre-Sentencing)]*

Good afternoon,

Thank you, your Honor, for giving me the opportunity address the court and tell you how the defendant's action impacted me.

January 6 was horrible day where I almost loss my life defending myself, my colleagues and everyone inside the Capitol. A day where I spent more than four hours fighting rioters like Mr. Dempsey. About hours after losing the police line, I found myself perched at the Lower West entrance of the Capitol Building, where the possibility of surviving the violent mob's assault were very low. By the time I encountered Mr. Dempsey at the mouth of the tunnel, I was already injured on my right foot and both my hands were bleeding from fending off the assaults from different assailants. With no reinforcements coming to our rescue, I knew we had to stay put no matter what, despite the savagery and the relentless waves of attacks that came our way.

Risking my own safety, I continued my duties and doing everything I could to prevent the Capitol from being overrun by the mob that Mr. Dempsey was part of. He crowded surfing and grappled himself to the arch of the tunnel just to assault us as he made his way to the front to violently join the fight with the police officers. I remember his face being covered in an American flag and wearing tactical gear while on top of his fellow rioters to attack us. Once he came down, he then sprayed me and my colleagues right in the face.

His assault with the pepper spray debilitated us. He hosed us, the officers, so other rioters like Mr. Fitzsimons and others take advantage of our vulnerability. In the end, I was injured partly because Mr. Dempsey sprayed Mr. Fitzsimons in the face as his trail showed. Nevertheless, Mr. Dempsey is culpable of the charges he is accused of. He wasn't a peaceful bystanding law abiding citizen.

Your Honor, he must be held accountable and responsible for his actions that day. He violent to me or others. There's nothing he can say or do that would restore the damage he caused to our career,

our health, and our families. Today he will say a lot of things to convince you to be lenient, but he is only saying those things because he doesn't have the thousands of other insurrectionists by his side any longer to continue fighting. He made a conscious decision to join the fray with me and other police officers in full uniform even though he have seen others fighting us and he knew we were trying to restore order and remove them from the capitol. He and others didn't count on our bravery and thought they would have a different outcome with no repercussions for their betrayal. I ask you to sentence him to the maximum and not fall for his leniency pleas, because on January 6, he didn't care about the officers like me or how his actions would hurt our families.

Thank you.

*Aquilino A. Gonell*

Fr. USCP Sergeant