```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

   UNITED STATES OF AMERICA,
                                         Criminal Case
                  Plaintiff(s),          No. 21-00566 RCL
         v.
                                         Washington, D.C.
   DAVID NICHOLAS DEMPSEY,
                                         October 16, 2023
                  Defendant(s).

   ------------------------------------------------------------

                       STATUS CONFERENCE
              BEFORE THE HONORABLE ROYCE C. LAMBERTH
                   UNITED STATES DISTRICT JUDGE

   APPEARANCES:

   FOR THE PLAINTIFF(S):   Douglas B. Basher, Esquire
                           Carolina Nevin, Esquire
                           United States Attorney's Office
                           District of Columbia
                           601 D Street Northwest
                           Washington, DC 20004


   FOR THE DEFENDANT(S):   Amy C. Collins, Esquire
                           Criminal Defense Team
                           888 17th Street Northwest
                           Suite 1200
                           Washington, D.C. 20006


   REPORTED BY:            Tammy Nestor, RMR, CRR
                           Official Court Reporter
                           333 Constitution Avenue Northwest
                           Washington, D.C. 20001
                           tammy_nestor@dcd.uscourts.gov
```

```
 1    The following proceedings began at 12:45 p.m.:
 2              THE COURTROOM DEPUTY:  We are here on Criminal
 3    Case 21-566, United States of America versus David Dempsey.
 4              Starting with the government, please approach the
 5    podium and state your appearance for the record.
 6              MR. BRASHER:  Good afternoon, Your Honor.  Doug
 7    Brasher for the government along with Carolina Nevin.
 8              MS. COLLINS:  Good afternoon, Your Honor.  Amy
 9    Collins on behalf of Mr. Dempsey, who is present.
10              THE COURT:  I wanted to have a hearing on this
11    because I don't have any problem with the continuance, but I
12    don't want to continue it as long as you all were talking
13    about.  If we are not going to do the December 14 trial
14    date, I've got so many other trials I need to book in there.
15              I wanted to see how much sooner we could do this, and
16    I didn't know the basis for the delay.  And I am willing to
17    do it off the record at the bench with counsel or however
18    you all want to do it if you have things you don't want to
19    clutter up the record with.  But I wanted to see if there's
20    a way we can do this sooner rather than later.  I've got too
21    many trials to worry about.  So I can do it off the record
22    if counsel would like to approach the bench.
23              MS. COLLINS:  Understood.  I am happy to share at
24    least in part on the record.
25              Effectively, what I am trying to avoid is -- so I
```

1    plan on filing a habeas petition in California, at least
2    one, potentially two, to get two state cases taken care of
3    and vacated.  And what I don't want to do is burden
4    probation by having to rewrite a PSR if probation already,
5    you know, ends up interviewing Mr. Dempsey, does, you know,
6    all the legwork involved, and then has to rewrite the PSR.
7    So I am just trying to avoid a logistical issue on the back
8    end.
9         And it will take about 45 days to have at least a
10   hearing set.  Potentially we won't need a hearing set for
11   the habeas issues.  It depends on, you know, if the
12   prospective courts have any questions that they need to ask.
13   But I contemplate probably, I would say, between 50 and 55
14   days would resolve everything.
15        THE COURT:  Let me talk to you all at the bench off
16   the record.
17        (A sidebar discussion was held off the record.)
18        MS. COLLINS:  Your Honor, may I approach?
19        THE COURT:  Sure.
20        (A sidebar discussion was held off the record.)
21        THE COURT:  After discussion at the bench off the
22   record with counsel, it appears that because the defendant's
23   interests would best be served, according to counsel and the
24   defendant, by delaying the entry of the plea, although he
25   signed it and I have the paperwork, by delaying entry of the

1    plea until he tries to resolve some pending proceedings in
2    California, I will vacate the December 14 trial date here.
3         I'll find that it's in the interest of justice to
4    give him an opportunity to waive speedy trial here until the
5    status on December 4 at 12:30 if both counsel are available
6    then.  And we will come back for the entry of the plea here
7    then or set a further schedule here if the proceedings in
8    California have still not concluded.
9         And I think it's in the interest of justice for him
10   to have the opportunity to satisfactorily conclude these
11   pleadings by agreement rather than by trial, so I will find
12   it is in the interest of justice as well as his own interest
13   to waive speedy trial and vacate the trial date and see if
14   we can still go forward with the plea.
15        So we will continue this sentencing -- continue the
16   entry of the plea then until December 4 at 12:30.  Does that
17   work for both sides?
18        MR. BRASHER:  Yes, Your Honor.
19        MS. COLLINS:  Is it possible to do it later on in
20   December?  I have a sentencing in Baltimore.  If not, I can
21   make other arrangements.
22        THE COURT:  I have the 5th available, and then I
23   think -- I will be in trial then, but I think the other days
24   are basically going to have other sentencings and pleas set.
25        MS. COLLINS:  I have the 5th free, Your Honor.

```
 1              I have the 5th free.
 2              THE COURT:  The 5th?  Okay.  We can do the 5th.
 3              Can the government do the 5th?
 4              MR. BRASHER:  Yes, Your Honor.
 5              THE COURT:  Okay.  Let's do December 5 then at 12:30.
 6              Thanks very much, Counsel.
 7              (The hearing concluded at 12:57 p.m.)
 8                              - - -
 9                         C E R T I F I C A T E
10
11         I hereby certify that the foregoing is an accurate
12    transcription of the proceedings in the above-entitled
13    matter.
14
15
16    8/28/24                   s/ Tammy Nestor
                                Tammy Nestor, RMR, CRR
17                              Official Court Reporter
                                333 Constitution Avenue NW
18                              Washington, D.C. 20001
                                tammy_nestor@dcd.uscourts.gov
19
20
21
22
23
24
25
```